FORM L146 Order Dismissing Case for Failure to Timely File Document(s)  (v.01.10)                    10-53093 - D - 13G



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**1/7/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

dpas

# ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

Case Number:    10-53093 - D - 13G

Debtor Name(s), Social Security Number(s), and Address(es):

Lourdes Fernandez
846 Herman St
Stockton, CA 95206

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:  1/7/11

ORDERED PURSUANT TO SPECIAL ORDER 10-02
FOR THE COURT
Wayne Blackwelder, Clerk

By: __dpas_____
         Deputy Clerk